IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2022 JUL 26 PM 3:55

CLERK

BY_____
DEPUTY CLERK

| | |
|---|---|
| JOHN DOE, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. |
| THE UNIVERSITY OF VERMONT AND STATE AGRICULTURAL COLLEGE; THE BOARD OF TRUSTEES OF THE UNIVERSITY OF VERMONT AND STATE AGRICULTURAL COLLEGE; KATHERINE SPENCE, individually and as agent for The University of Vermont and State Agricultural College; EMILY MCCARTHY, individually and as agent for The University of Vermont and State Agricultural College; ANNA EPSHTEYN, Individually and as agent for The University of Vermont and State Agricultural College; and THOMAS MERCURIO, individually and as agent for The University of Vermont and State Agricultural College, | ) 2:22-cv-144 |
| Defendants. | ) |

## AFFIDAVIT OF NICHOLAS E. LEWIS

I, Nicholas E. Lewis, hereby depose and state as follows:

1. I am an associate in the law firm of Nesenoff & Miltenberg, LLP, 363 Seventh Avenue, Fifth Floor, New York, New York 10001, Tel: 212-736-4500, nlewis@nmllplaw.com.

2. I am currently admitted to practice before the following jurisdictions and courts:

| Jurisdiction/Court (Date of Admission) | Bar No. |
|---|---|
| Supreme Court of New Jersey (12/04/2008) | 017292008 |
| NY Appellate Division – 1st Dept. (02/02/2009) | 04684627 |
| Central District of Illinois (02/12/2021) | |
| Southern District of New York (December 20, 2013) | NL7493 |
| Eastern District of New York (December 18, 2021) | NL7493 |
| Northern District of New York (January 9, 2019) | 70064 |

3. There are no disciplinary proceedings pending against me in any jurisdiction.

4. I have not been denied admission to, been disciplined by, resigned from, surrendered my license to practice before, or withdrawn an application for admission to practice before this court or any other court, while facing a disciplinary complaint.

5. I have fully reviewed and am familiar with the Federal Rules of Civil and Criminal Procedure, the Local Rules of The United States District Court for the District of Vermont, and the Vermont Rules of Professional Conduct.

6. I hereby designate Evan Barquist as my sponsoring attorney and as my agent for service of process and the District of Vermont as the forum for the resolution of any dispute arising out of said attorney's admission.

7. My firm represents Plaintiff John Doe in the above-captioned action, and I respectfully request admission to the Bar of this Court *pro hac vice*.

Signed under the penalties of perjury this 25 day of July 2022.

_____
Nicholas E. Lewis, Esq.