UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

| | |
|---|---|
| JOHN DOE,<br><br>    Plaintiff,<br><br>    v.<br><br>THE UNIVERSITY OF VERMONT AND STATE AGRICULTURAL COLLEGE; THE BOARD OF TRUSTEES OF THE UNIVERSITY OF VERMONT AND STATE AGRICULTURAL COLLEGE; KATHERINE SPENCE, individually and as agent for The University of Vermont and State Agricultural College; EMILY MCCARTHY, individually and as agent for The University of Vermont and State Agricultural College; ANNA EPSHTEYN, individually and as agent for The University of Vermont and State Agricultural College; and THOMAS MERCURIO; individually and as agent for The University of Vermont and State Agricultural College;<br><br>    Defendants. | Civil Action No. 2:22-cv-144 |

INDEX OF EXHIBITS REGARDING
DEFENDANT'S MOTION TO DISMISS

| EX. # | DOCUMENT |
|:---:|---|
| A | Doe v. Marlboro |
| B | Doe v. Wesleyan |
| C | Doe v. Cornell |

| EX. # | DOCUMENT |
|---|---|
| D | Doe v. Swarthmore |