UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| John Doe, <br><br> Plaintiff, <br><br> v. <br><br> The University of Vermont and State Agricultural College et al, <br><br> Defendants. | Civil Action No. 2:22–cv–144 |

## **ORDER**

On or before September 28, 2022, Plaintiff shall return executed his Magistrate Judge Assignment Form in accordance with Local Rule 73(c).

Dated at Burlington, in the District of Vermont, this 19th day of September 2022.

<i>/s/ Kevin J. Doyle</i><br>
Kevin J. Doyle<br>
United States Magistrate Judge