UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

## NOTICE OF ASSIGNMENT
## TO UNITED STATES MAGISTRATE JUDGE

Pursuant to Local Rule 73, this case has been assigned to the Magistrate for all purposes, including trial and final entry of judgment. Any appeal from a judgment entered by the Magistrate Judge may be taken directly to the United States Court of Appeals for the Second Circuit in the same manner as an appeal from any other judgment of a district court.

Magistrate Judges do not conduct trials in felony criminal cases. Because of this, major criminal cases will not interfere with scheduling and trials before the Magistrate Judge. It is likely that a consent to magistrate judge assignment will mean that this civil case will be resolved sooner and less expensively. However, consent is voluntary, and no adverse consequences of any kind will be felt by any party or attorney who objects to assignment of a case to the Magistrate Judge.

As stated in Local Rule 73, any party can object to the assignment by completing Part II - Objection to Assignment, of the MAGISTRATE JUDGE ASSIGNMENT FORM. **The form must be sent to the Clerk's Office — with a certificate of service on all other parties — within 21 days after receiving this notice.**

NOTE: The plaintiff must serve this notice and assignment form on all other parties that are served under FED. R. CIV. P. 4 and 5.

JEFFREY S. EATON
Clerk of Court

SEE REVERSE FOR ASSIGNMENT FORM

Rev. 12/8/2009

UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

John Doe

             Plaintiff(s)
   v.                                  Case Number 2:22-cv-00144-KJD

The University of Vermont and State Agricultural
College; The Board of Trustees of the University of    **MAGISTRATE JUDGE**
Vermont and State Agricultural College et al         **ASSIGNMENT FORM**

            Defendant(s)

**NOTE:** You must sign Part I *or* Part II below, and return this document to the Clerk's Office within 21 days. See the other side of this form for more information.

### PART I - CONSENT

Pursuant to 28 U.S.C. § 636(c), the undersigned (party) (counsel) to the above-captioned civil case voluntarily consents to have this case assigned to the Magistrate Judge for any and all further proceedings, including trial and entry of a final judgment, with direct review by the Second Circuit Court of Appeals if an appeal is filed.

Dated: _____

Signature _____

Print Name _____

Party(ies) Represented: _____

### PART II - OBJECTION TO ASSIGNMENT

The undersigned (party) (counsel) objects to the assignment of this matter to the Magistrate Judge and elects to have the case assigned to a District Judge.

Dated: 9/27/2022

Signature: *Nicholas E. Lewis*
Print Name: Nicholas E. Lewis

Party(ies) Represented: Plaintiff - John Doe