```
                  UNITED STATES DISTRICT COURT
                           FOR THE
                     DISTRICT OF VERMONT
```

JOHN DOE,                         )
                                  )
    Plaintiff,                    )
                                  )
    v.                            )     Case No. 2:22-cv-144
                                  )
THE UNIVERSITY OF VERMONT         )
AND STATE AGRICULTURAL            )
COLLEGE; THE BOARD OF             )
TRUSTEES OF THE UNIVERSITY        )
OF VERMONT AND STATE              )
AGRICULTURAL COLLEGE;             )
KATHARINE SPENCE,                 )
Individually and as agent         )
for The University of Vermont     )
and State Agricultural            )
College; ANNA EPSHTEYN,           )
Individually and as agent         )
For The University of Vermont     )
and State Agricultural            )
College; and THOMAS MERCURIO,     )
Individually and as agent for     )
the University of Vermont and     )
State Agricultural College,       )
                                  )
    Defendants.                   )

## ORDER

Plaintiff filed this case using the pseudonym John Doe, and moved the Court for leave to proceed without revealing his real name. ECF Nos. 1, 2. In an Opinion and Order dated December 19, 2022, the Court denied his motion and ordered Plaintiff to re-file his Complaint, using his actual name, within thirty days. ECF No. 15. The Court warned that failure to do so would result in dismissal of the Complaint without prejudice. *Id.*

The thirty-day deadline has now passed, and Plaintiff has not filed an amended pleading.  Accordingly, the Complaint is dismissed without prejudice.  The pending motion to dismiss (ECF No. 9) is denied as moot.  This case is closed.

DATED at Burlington, in the District of Vermont, this 25th day of January, 2023.

/s/ William K. Sessions III
William K. Sessions III
U.S. District Court Judge