# UNITED STATES DISTRICT COURT
for the
District of Vermont

| | |
|---|---|
| JOHN DOE <br><br> *Plaintiff(s)* <br><br> v. <br><br> THE UNIVERSITY OF VERMONT AND STATE AGRICULTURAL COLLEGE, et al <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) <br><br> Civil Action No.   2:22-cv-144 |

## JUDGMENT IN A CIVIL ACTION

☐   **Jury Verdict.**

☑   **Decision by Court.**

**IT IS ORDERED AND ADJUDGED** that pursuant to the court's Order (Document No. 16) filed January 25, 2023, having received no Amended Complaint as provided in the court's prior Opinion and Order (Document No. 15), the Complaint (Document No. 1) is DISMISSED WITHOUT PREJUDICE. Defendants' Motion to Dismiss for Failure to Name All Parties (Document No. 9) is DENIED AS MOOT.

Date:   January 25, 2023

JUDGMENT ENTERED ON DOCKET
DATE ENTERED:   1/25/2023

*JEFFREY S. EATON*
*CLERK OF COURT*

*/s/ Lisa Wright*
*Signature of Clerk or Deputy Clerk*